**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JEFF MAISANO,

                Plaintiff,                Civil Case No. 07-CV-11364

v.

                                    DIST. JUDGE PAUL D. BORMAN

KEVIN MORGEL,                      MAG. JUDGE VIRGINIA M. MORGAN

                Defendant.

_____ /

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION IN FAVOR OF GRANTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT ON ALL OF PLAINTIFF'S CLAIMS</u>**

Before the Court is the Magistrate Judge's December 17, 2007 Report and Recommendation in favor of granting Defendant's Motion for Summary Judgment. (Dkt. No. 17). Having reviewed that Report and Recommendation, and there being no objections, the Court enters as its findings and conclusions the Report and Recommendation **GRANTING** Defendant's Motion for Summary Judgment. Further, the Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint.

        **SO ORDERED.**


                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: February 27, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 27, 2008.

s/Denise Goodine
Case Manager
